UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      Case No. 21-cr-20362-4
      Hon. Matthew F. Leitman

D4, CHRISTIAN AMEER GILLARM,

      Defendant.

_____/

### ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF No. 317)

Now before the Court is Defendant's Motion for Early Termination of Supervised Release. The Government has filed a response opposing the motion. (*See* Resp., ECF No. 319.) For the reasons set forth in the Government's response, the motion is **DENIED**. The Court commends Mr. Gillarm on obtaining his CDL license and for securing stable employment. And the Court understands that Mr. Gillarm has reached an agreement concerning restitution payments. But for the reasons explained by the Government, the Court concludes that early termination of supervised release is not warranted.

    **IT IS SO ORDERED.**

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated: November 25, 2024

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 25, 2024, by electronic means and/or ordinary mail.

           s/Holly A. Ryan
           Case Manager
           (313) 234-5126